

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2022

No. 04-22-00223-CV

**REVERSE MORTGAGE SOLUTIONS, INC.**,
Appellant

v.

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-10472
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellant's Opposed Motion to Abate Appeal and Request to Direct Trial Court to Correct Error is hereby DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court